**2522-CC00534**

Electronically Filed - CITY OF ST. LOUIS - March 20, 2025 - 02:24 PM

IN THE CIRCUIT COURT FOR THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| AGATA ZDUNCZUK-PERRY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. |
| | ) | |
| | ) | Division No. |
| v. | ) | |
| | ) | |
| LOGOPLASTE USA, INC., | ) | |
| | ) | |
| Serve:  Registered Agent: | ) | |
| Illinois Corporation Service Co. | ) | |
| 801 Adlai Stevenson Drive | ) | |
| Springfield, IL 62703-4261 | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION

COMES NOW Plaintiff, Agata Zdunczuk-Perry, for her claims against

Defendant, states as follows:

1.     Plaintiff is a resident of the State of Missouri and was formerly employed as a supply chain manager for Defendant.  At all relevant times herein, Plaintiff was an eligible employee under 29 U.S.C. § 2611 that was employed by Defendant for at least twelve months and for at least 1,250 service hours during the previous twelve months.

2.     Defendant is a Delaware Corporation with its principal place of business at 14420 South Van Dyke Road in Plainfield, IL 60544.  At all relevant times, Defendant was an employer under 29 U.S.C. § 2611 in that Defendant was engaged in an industry affecting commerce and employed 50 or more employees.

3.     Beginning in the summer of 2024, Plaintiff began working remotely for Defendant at her home in Missouri.

EXHIBIT
A

Electronically Filed - CITY OF ST. LOUIS - March 20, 2025 - 02:24 PM

4. At all relevant times herein, Defendant's actions in directing and controlling Plaintiff's employment were directed to Missouri and its actions were undertaken in Missouri through one or more of its agents, including Plaintiff.

5. Defendant is subjected to jurisdiction in Missouri under § 506.500.

6. On or about October 2, 2024, Plaintiff applied for leave under the Family Medical and Leave Act (the "Act"), 29 U.S.C. § 2601 et seq.

7. On or about October 17, 2024, Plaintiff's leave was approved.

8. On or about November 15, 2024, Plaintiff suffered an adverse employment action when she was terminated.

9. Plaintiff's termination would not have occurred but for Plaintiff's exercise of rights under the Act, and Plaintiff's exercise of her rights played a part in her termination.

10. Defendant has no legitimate nondiscriminatory reason for terminating Plaintiff and any such reason is merely pretext for the discriminatory termination.

11. Plaintiff provided exemplary service, met all of the standards of her employment, received favorable employment reviews, and was otherwise qualified for her position.

12. Similarly situated employees who did not seek leave under the Act were not terminated.

13. Defendant's termination of Plaintiff violated 29 U.S.C. § 2615.

14. As a direct result of Defendant's violation of 29 U.S.C. § 2615, Plaintiff has suffered damages in the form of lost wages and benefits.

15. Plaintiff is further entitled to an additional amount of liquidated damages under 29 U.S.C. § 2617 equal to the amount of Plaintiff's lost wages and benefits.

Electronically Filed - CITY OF ST. LOUIS - March 20, 2025 - 02:24 PM

Defendant's actions in terminating Plaintiff were done without reasonable grounds for believing the act was permitted under § 2615 and were otherwise not taken in good faith.

16. Plaintiff is entitled to an award of reasonable attorneys' fees and expenses under 29 U.S.C. § 2617(a)(3).

WHEREFORE, Plaintiff Agata Zdunczuk-Perry respectfully requests this Court enter judgment in her favor and against Defendant Logoplaste USA, Inc. awarding damages, liquidated damages, attorneys' fees and costs, and any additional relief this court deems just and proper.

KOLKER LAW FIRM, L.L.C.

*/s/Aaron W. Sanders*
Aaron W. Sanders, #64133
7700 Bonhomme Ave. Suite 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
aws@kolkerlawfirm.com

*Attorney for Plaintiff*

2522-CC00534

Electronically Filed - CITY OF ST. LOUIS - March 20, 2025 - 02:24 PM

IN THE CIRCUIT COURT FOR THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| AGATA ZDUNCZUK-PERRY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. |
| | ) | |
| | ) | Division No. |
| v. | ) | |
| | ) | |
| LOGOPLASTE USA, INC., | ) | |
| | ) | |
| Serve:  Registered Agent: | ) | |
| Illinois Corporation Service Co. | ) | |
| 801 Adlai Stevenson Drive | ) | |
| Springfield, IL 62703-4261 | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR ISSUANCE OF SUMMONS

Plaintiff requests a summons be issued for service by sheriff as follows:

LOGOPLASTE USA, INC.
Registered Agent:  Illinois Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703

KOLKER LAW FIRM, L.L.C.

*/s/Aaron W. Sanders*
Aaron W. Sanders, #64133
7700 Bonhomme Ave. Suite 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
aws@kolkerlawfirm.com

*Attorney for Plaintiff*



# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number:  2522-CC00534** |
| Plaintiff/Petitioner:<br>AGATA ZDUNCZUK-PERRY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>AARON WAYNE SANDERS<br>120 South Central Ave<br>SUITE 1500<br>ST LOUIS, MO  63105 |
| Defendant/Respondent:<br>LOGOPLASTE USA, INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp for Return) |

**The State of Missouri to**:  **LOGOPLASTE USA, INC.**
                      **Alias:**

**ILLINOIS CORP SERVICE**
**COMPANY, RAGT**
**801 ADLAI STEVENSON DRIVE**
**SPRINGFIELD, IL  62703-4261**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**COURT SEAL OF**

**CITY OF ST LOUIS**

March 24, 2025
Date

Clerk

**Further Information:**

Case Number: 2522-CC00534

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2. My official title is _____ of _____ County, _____ (state).

3. I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____(title).

☐ other: _____.

Served at _____ (address)

in _____ (County), _____ (state), on _____(date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                       Signature of Officer or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month), _____ (year).

I am: (check one)    ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

*(Seal)*

☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

**Service Fees**

Summons     $_____
Non Est     $_____
Mileage     $_____ (_____ miles @ $._____ per mile)
**Total      $_____**

See the following page for directions to officer making return on service of summons.

SJRC (07-24) SM60 (SMOS) *For Court Use Only:* **Document ID # 25-SMOS-1179** 2 of 2 (2522-CC00534)          SCR 54.06, 54.07, 54.14, and 54.20; 506.500, 506.510 RSMo

Case Number: 2522-CC00534

### Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

 **Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**04/16/2025**

> **Jury Trial Scheduled**
>
> **Scheduled For:** 09/08/2025; 9:00 AM; CHRISTOPHER EDWARD MCGRAUGH; City of St. Louis

**03/24/2025**

> **Summ Issd- Circ Pers Serv O/S**
> Document ID: 25-SMOS-1179, for LOGOPLASTE USA, INC.

**03/23/2025**

> **Judge/Clerk - Note**
> PLEASE EFILE AN ADDITIONAL 40.00 DOLLARS FILING FEE WITH A FILING FEE MEMORANDUM FOR THIS MATTER

**03/20/2025**

> **Filing Info Sheet eFiling**
>
> **Filed By:** AARON WAYNE SANDERS
> **Summ Req-Circ Pers Serv O/S**
> Request for Issuance of Summons.
> **Filed By:** AARON WAYNE SANDERS
> **On Behalf Of:** AGATA ZDUNCZUK-PERRY
> **Pet Filed in Circuit Ct**
> Petition.
> **Filed By:** AARON WAYNE SANDERS
> **On Behalf Of:** AGATA ZDUNCZUK-PERRY